UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIHONG SHAO, | : | |
| | : | |
| Plaintiff, | : | 3:15-cv-246 (KRG) |
| | : | |
| v. | : | |
| | : | |
| NEW WORLD TECHNOLOGIES & INNOVATIONS LLC, JULIET ZHANG a/k/a JULIET LUO and HONG LUO, CAERVISION CORP., CAERVISION TECHOLOGY CENTERS INC., | : | |
| | : | |
| Defendants. | : | |

## **MOTION FOR CLERK'S ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff Aihong Shao, pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby moves for Clerk's entry of a default and default judgment on the basis that (a) the docket demonstrates there has been a failure to plead or otherwise defend; and (b) Counts I, II, and III of the Complaint are for a sum certain, and prejudgment interest on each of these Counts can be made certain by computation.

The docket shows (a) the Complaint was filed on September 24, 2015; (b) Waivers of the Service of Summons, each signed on November 3, 2015 by defendants' attorney, were filed on November 4, 2015; (c) the Waivers of the Service of Summons show Defendants were obligated to respond to the Complaint within 60 days of September 28, 2015, *i.e.*, by November 27, 2015; (d) the Defendants have failed to plead or otherwise defend.

Count I of the Complaint asserts a breach of contract claim for $500,000 against defendants New World Technologies & Innovations, LLC, CaerVision Corp., and CaerVision Technology Centers Inc. *See* Complaint ¶¶ 111-14. The breach of contract accrued on September 18, 2014. *See* Complaint ¶ 112. Plaintiff is entitled to prejudgment interest at 6%, compounded quarterly, for the period from September 18, 2014 through January 8, 2016, which equals $40,479.88 as shown by the following calculation:

| Period | Principal | Calculation | Period's Interest |
|---|---|---|---|
| 09.18.14 - 09.30.14 | 500,000.00 | 500.000.00 x .06 x (12/365) | 986.30 |
| 10.01.14 - 12.31.14 | 500,986.30 | 500,986.30 x .06 x (92/365) | 7,576.56 |
| 01.01.15 - 03.31.15 | 508,562.86 | 508,562.86 x .06 x (90/365) | 7,523.94 |
| 04.01.15 - 06.30.15 | 516,086.80 | 516,086.80 x .06 x (91/365) | 7,720.09 |
| 07.01.15 - 09.30.15 | 523,806.89 | 523,806.89 x .06 x (92/365) | 7,921.68 |
| 10.31.15 - 12.31.15 | 531,728.57 | 531,728.57 x .06 x (92/365) | 8,041.48 |
| 01.01.16 - 01.08.16 | 539,770.05 | 539,770.05 x .06 x (8/365) | 709.83 |
| **Total** | | | **40,479.88** |

Count II of the Complaint asserts a breach of contract claim against defendants Juliet Zhang, CaerVision Corp., and CaerVision Technology Centers Inc. for $500,000. *See* Complaint ¶¶ 115-20. This claim arises from a guarantee in the event there is a breach of the contract giving rise to Count I of the Complaint. *See* Complaint ¶¶ 25-26, 32-36. This breach of contract accrued as to Juliet Zhang on January 13, 2014, *see* Complaint ¶ 120; and as to CaerVision Corp. and CaerVision Technology Centers Inc. on September 18, 2014. *See* Complaint ¶ 112. Plaintiff is entitled to prejudgment interest in at least same amount of $40,479.88 as for Count I.

Count III of the Complaint asserts a breach of contract claim against defendant Juliet Zhang for $20,000. *See* Complaint ¶¶ 121-24. The breach of contract accrued on February 4, 2014. *See* Complaint ¶ 80. Plaintiff is entitled to prejudgment interest at 6%, compounded quarterly, for the period from February 4, 2014 through January 8, 2016, which equals $2,436.28 as shown by the following calculation:

| Period | Principal | Calculation | Period's Interest |
|---|---|---|---|
| 02.04.14 - 03.31.14 | 20.000.00 | 20,000.00 x .06 x (56/365) | 184.11 |
| 04.01.14 - 06.30.14 | 20,184.11 | 20,184.11 x .06 x (91/365) | 301.93 |
| 07.01.14 - 09.30.14 | 20,486.04 | 20,486.04 x .06 x (92/365) | 309.82 |
| 10.01.14 - 12.31.14 | 20,795.86 | 20,795.86 x .06 x (92/365) | 314.50 |
| 01.01.15 - 03.31.15 | 21,110.36 | 21,110.36 x .06 x (90/365) | 312.32 |
| 04.01.15 - 06.30.15 | 21,423.68 | 21,423.68 x .06 x (91/365) | 320.47 |
| 07.01.15 - 09.30.15 | 21,744.15 | 21,744.15 x .06 x (92/365) | 328.84 |
| 10.31.15 - 12.31.15 | 22,072.99 | 22,072.99 x .06 x (92/365) | 333.82 |
| 01.01.16 - 01.08.16 | 22,406.81 | 22,406.81 x .06 x (8/365) | 29.47 |
| **Total** | | | **2,436.28** |

Accordingly, default judgment should be entered in favor of Plaintiff Aihong Shao and against defendant New World Technologies & Innovations, LLC in the amount of $540,479.88;

defendant Juliet Zhang in the amount of $562,916.16 (540,479.88 + 22,436.28); defendant CaerVision Corp. in the amount of $540,479.88; and defendant CaerVision Technology Centers Inc. in the amount of $540,479.88.

Dated:  January 8, 2016				GREGG H. KANTER LAW OFFICE LLC

						By: ___s/ Gregg Kanter_____
						    Gregg Kanter
						2222 Pine Street
						Philadelphia, PA  19103
						tel: (917) 494-5317
						fax: (215) 546-2507
						greggkanter@yahoo.com
						PA 64789
						Counsel for Plaintiff Aihong Shao

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIHONG SHAO, | : | |
| | : | |
| Plaintiff, | : | 3:15-cv-246 (KRG) |
| | : | |
| v. | : | |
| | : | |
| NEW WORLD TECHNOLOGIES & INNOVATIONS LLC, JULIET ZHANG a/k/a JULIET LUO and HONG LUO, CAERVISION CORP., CAERVISION TECHOLOGY CENTERS INC., | : | |
| | : | |
| Defendants. | : | |

**<u>CERTIFICATE OF SERVICE</u>**

Plaintiff Aihong Shao's Motion for Clerk's Entry of Default and Default Judgment has been filed electronically with the Court's ECF system. Defendants New World Technologies & Innovations, LLC, Juliet Zhang, CaerVision Corp., CaerVision Technology Centers Inc. have not appeared in this action. Rule 5(a)(2) of the Federal Rules of Civil Procedure provides that Plaintiff is not obligated to serve the foregoing Motion for Clerk's Entry of Default and Default Judgment.

Dated: January 8, 2016	GREGG H. KANTER LAW OFFICE LLC

By:    s/ Gregg Kanter
      Gregg Kanter
2222 Pine Street
Philadelphia, PA  19103
tel: (917) 494-5317
fax: (215) 546-2507
greggkanter@yahoo.com
PA 64789
Counsel for Plaintiff Aihong Shao