UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIHONG SHAO, | : | |
| | : | |
| Plaintiff, | : | 3:15-cv-246 (KRG) |
| | : | |
| v. | : | |
| | : | |
| NEW WORLD TECHNOLOGIES & INNOVATIONS LLC, JULIET ZHANG a/k/a JULIET LUO and HONG LUO, CAERVISION CORP., CAERVISION TECHOLOGY CENTERS INC., | : | |
| | : | |
| Defendants. | : | |

### ORDER

Now, this  8th  day of  January , 2016, upon consideration of Plaintiff Aihong Shao's Motion for Clerk's Entry of Default and Default Judgment,

**IT IS ORDERED THAT** the motion is **GRANTED**;

**IT IS FURTHER ORDERED** that defendants New World Technologies & Innovations, LLC, Juliet Zhang, CaerVision Corp., and CaerVision Technology Centers Inc. are in **DEFAULT**; and

**IT IS FURTHER ORDERED** that a **DEFAULT JUDGMENT** is **ENTERED** against New World Technologies & Innovations, LLC in the amount of $540,479.88, Juliet Zhang in the amount of $562,916.16, CaerVision Corp. in the amount of $540,479.88, and CaerVision Technology Centers Inc. in the amount of $540,479.88.

*R.V. Barth, Jr.*

"ENGTM"QH"EQWTV

01/08/2016                                                                *Carina Loushe*

"Fcvg"..................................................................................................."Ukipcwtg"qh"Engtm"qt"Fgrw{"Engtm