UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIHONG SHAO, | : | |
| | : | |
| Plaintiff, | : | 3:15-cv-246 (KRG) |
| | : | |
| v. | : | |
| | : | |
| NEW WORLD TECHNOLOGIES & INNOVATIONS LLC, JULIET ZHANG a/k/a JULIET LUO and HONG LUO, CAERVISION CORP., CAERVISION TECHOLOGY CENTERS INC., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| v. | : | |
| | : | |
| 21 CENTURY MEDIA SERVICES, LLC, AA MEDICA, LLC, AMERI-ASIA, LLC, ATLANTIC-VENTURES, LLC, ATTENT MEDIA, LLC, BEST SPORTS NETWORKS, LLC, CMSE SERVICES, LLC, COSTHETICS, LLC, D2HEALTHCOACH, LLC, DIGITAL TECH SOLUTIONS, LLC, FIRST NATIONAL NETWORKS, LLC, ICEE PROTECTION, LLC, ICEEP, LLC, INPLACEDIGITAL, LLC, IT SOLUTIONS & SERVICES, LLC, LIFOGREEN, LLC, N8020, LLC, NEW DIGITECHS, LLC, NEW MEDIA SERVICES, LLC, NORTH AMERICAN DIGITAL SOLUTIONS, LLC, NORTH EASTERN TECHNOLOGIES, LLC, NUDIGITAL ONLINE, LLC, POINTOFCARE TV, LLC, SUPER LOCAL MEDIA SERVICES, LLC, TC VENTURES V, LLC, TRANSCONTINENTAL TECHNOLOGIES, LLC, VERDERX, LLC, WSTV, LLC, | : | |
| | : | |
| Garnishees. | : | |

## WRIT OF EXECUTION

UNITED STATES OF AMERICA
WESTERN DISTRICT OF PENNSYLVANIA:

To the United States Marshal for the Western District of Pennsylvania:

To satisfy the judgment and interest against CaerVision Corp., CaerVision Technology Centers Inc., New World Technologies & Innovations, LLC, and Juliet Zhang a/k/a Juliet Luo and Hong Lou, Defendants:

1) You are directed to levy upon the personal property of the Defendants and to sell their interest therein;

2) You are further directed to attach the property of the Defendants not levied upon in the possession of the following Garnishees:

> 21 Century Media Services, LLC
> AA Medica, LLC
> Ameri-Asia, LLC
> Atlantic-Ventures, LLC
> Attent Media, LLC
> Best Sports Networks, LLC
> CMSE Services, LLC
> Costhetics, LLC
> D2HealthCoach, LLC
> Digital Tech Solutions, LLC
> First National Networks, LLC
> Icee Protection, LLC
> ICEEP, LLC
> Inplacedigital, LLC
> IT Solutions & Services, LLC
> Lifogreen, LLC
> N8020, LLC
> New Digitechs, LLC
> New Media Services, LLC
> North American Digital Solutions, LLC
> North Eastern Technologies, LLC
> Nudigital Online, LLC
> PointOfCare TV, LLC
> Super Local Media Services, LLC
> TC Ventures V, LLC
> Transcontinental Technologies, LLC
> Verderx, LLC
> WSTV, LLC

3) You are further directed to notify the foregoing Garnishees that

   a) an attachment has been issued; and

   b) the Garnishees are enjoined from paying any debt to or for the account of the Defendants and from delivering any property of the Defendants or otherwise disposing thereof;

4) If the property of the Defendants not levied upon and subject to attachment is found in the possession of anyone other than the named Garnishees, you are

directed to notify such other person that he or she has been added as a garnishee and is enjoined as above stated.

**Amount Due as to Defendants CaerVision Corp., CaerVision Technology Centers Inc., and New World Technologies & Innovations, LLC:**

| | | |
|---|---|---:|
| Principal Amount Due as of April 5, 2017: | | **$517,671.47** |
| Principal Amount of January 1, 2016 Judgment | $540,479.88 | |
| Monies Recovered on August 1, 2016 | $22,089.07 | |
| Monies Recovered on September 12, 2016 | $719.34 | |
| Post-Judgment Interest from January 1, 2016 through April 5, 2017 | | **$4,325.87** |
| From January 8, 2016 to August 1, 2016 (206 days) at $9.77 per day (.0066 x 540,479.88 x 206 / 365) | $2,013.25 | |
| From August 1, 2016 to September 12, 2016 (42 days) at $9.37 per day (.0066 x 518,390.81 x 42 / 365) | $393.69 | |
| From September 12, 2016 to April 5, 2017 (205 days) at $9.36 per day (.0066 x 517,671.47 x 205 / 365) | $1,918.93 | |
| Continued post-judgment interest of $9.36 per day from April 5, 2017 | ` | **TBD** |
| Costs to be added | | **TBD** |

**Amount Due as to Defendant Juliet Zhang:**

| | | |
|---|---|---:|
| Principal Amount Due as of April 5, 2017: | | **$540,107.75** |
| Principal Amount of January 1, 2016 Judgment | $562,916.16 | |
| Monies Recovered on August 1, 2016 | $22,089.07 | |
| Monies Recovered on September 12, 2016 | $719.34 | |
| Post-Judgment Interest from January 1, 2016 through April 5, 2017 | | **$4,509.65** |
| From January 8, 2016 to August 1, 2016 (206 days) at $10.18 per day (.0066 x 562,916.16 x 206 / 365) | $2,096.82 | |
| From August 1, 2016 to September 12, 2016 (42 days) at $9.78 per day (.0066 x 540,827.09 x 42 / 365) | $410.73 | |
| From September 12, 2016 to April 5, 2017 (205 days) at $9.77 per day (.0066 x 540,107.75 x 205 / 365) | $2,002.10 | |

3

Continued post-judgment interest of
$9.77 per day from April 5, 2017                              `                **TBD**

Costs to be added                                                                **TBD**

                                                    CLERK OF COURT

                                                                             170604
                                          *Robert V. Barth, Jr.* cel
                                               Signature of Clerk or Deputy Clerk

04/06/2017                                                                            *Carina Loushe*
Date                                                                              Signature of Clerk or Deputy Clerk