IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIHONG SHAO, | ) | Case No. 3:15-cv-246 |
| | ) | |
| Plaintiff, | ) | JUDGE KIM R. GIBSON |
| | ) | |
| v. | ) | |
| | ) | |
| NEW WORLD TECHNOLOGIES & | ) | |
| INNOVATIONS LLC, JULIET ZHANG | ) | |
| a/k/a JULIET LUO and HONG LUO, | ) | |
| CAERVISION CORP., CAERVISION | ) | |
| TECHOLOGY CENTERS INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**NOW**, this 20th day of April 2017, upon consideration of Aihong Shao's motion for special appointment to serve process (ECF No. 8-4), it is **HEREBY ORDERED** that Shao's motion is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 4(c)(3), Daniel R. Lovette is hereby appointed to serve the writ of execution and interrogatories upon the garnishees listed in Shao's motion.

It is **FURTHER ORDERED** that proof of service of the writ of execution and interrogatories shall be made by affidavit in accordance with Federal Rule of Civil Procedure 4(l).

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE